

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00139-CR

## IN RE MILTON LEE GARDNER

**Original Proceeding**

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 13074-A**

## MEMORANDUM OPINION

Based on Milton Lee Gardner's Petition for Writ of Mandamus, he has filed three applications for a writ of habeas corpus. The first application (WR-43,847-09) was denied by the Court of Criminal Appeals on July 20, 2020. His second application, (WR-43,847-10) filed May 5, 2022, has been dismissed by the Court of Criminal Appeals. His attempt to file a third application for a writ of habeas corpus was sent to District Judge Alfonso Charles in the 124th District Court of Gregg County via "a letter to Gregg County District Clerk, Trey Hattaway." Gardner seeks mandamus relief from this Court. "Specifically, movant request that this court exercise it's Mandamus Jurisdiction and Order the 124th District Judge Alfonso Charles, as District Judge to issue the Writ Of Habeas

Corpus….Specifically, said district clerk is 'ignoring' movants Habeas, and Judge Charles is failing to address it.  In turn, these actions result in district court clerk, and district judges refusing to do their jobs, this court should grant mandamus relief." [sic].

Upon the filing of the first application, the trial court judges then sitting in Freestone County both recused themselves; and Judge Charles, acting as the regional presiding judge, appointed himself to rule on the first application.  He was not appointed to rule on the second application, nor has he been appointed to rule on the third application.

This Court has no jurisdiction over a trial court judge outside our district—the 124th District Court is not within our district; nor does this Court have jurisdiction to issue a writ of mandamus against a district clerk except in circumstances not relevant here.  *See* TEX. GOV'T CODE §§ 22.201(k), 22.221(a), (b); *see also In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding).

Accordingly, Gardner's Petition for Writ of Mandamus, filed May 12, 2023, is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition dismissed
Opinion delivered and filed May 24, 2023
Do not publish
[OT06]

